IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE BIRL, as parent and natural guardian of G.B., a minor and in her own right, DAMIAN BIRL, as parent and natural guardian of G.B., a minor and in his own right, and COLLIN BIRL, in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>SKI SHAWNEE, INC.,<br><br>Defendant. | CIVIL ACTION<br>No. 2:22-cv-03736 |

**ORDER**

AND NOW, this \_\_\_6th\_\_\_ day of \_\_\_October\_\_\_, 2022, upon consideration of the Agreement of the Parties to Transfer Venue of this Matter to the United States District Court for the Middle District of Pennsylvania, it is hereby **ORDERED** that this matter will be transferred to the Middle District by the Clerk of Courts in accordance with 28 U.S.C. § 1404.

BY THE COURT:

_[signature]_
_____
                                                        J.