IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE BIRL, as parent and natural guardian of G.B, a minor, and in her own right, et al., | : <br> : Civ. No. 3:22-CV-1598 <br> : |
| Plaintiffs, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| SKI SHAWNEE, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, this 6th day of January 2025, in accordance with the accompanying Memorandum Opinion, the defendants' motion for summary judgment (Doc. 46) is GRANTED.

<u>s/ Daryl F. Bloom</u><br>Daryl F. Bloom<br>Chief United States Magistrate Judge